No. 496. ELKLAND LEATHER CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Morgan* for petitioner. *Solicitor General Biddle* and *Mr. Robert B. Watts* for respondent.

No. 499. NEELY *v.* MERCHANTS TRUST CO., ADMINISTRATOR, ET AL. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. A. Schnader, Albert G. Avery,* and *George Gordon Battle* for petitioner. *Messrs. Theodore D. Parsons* and *Frank F. Groff* for respondents.

No. 507. SITCHON *v.* AMERICAN EXPORT LINES, INC. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Macy* for petitioner. *Mr. Kenneth Gardner* for respondent.

No. 530. RICHMAN *v.* NIELSEN, ADMINISTRATRIX. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Blaine Simons* for petitioner. *Mr. George J. Danforth* for respondent.

No. 526. CADY ET AL. *v.* MURPHY. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Richard Wait* and *Robert*